United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-10026-ref
Darcy James Calkins                                             Chapter 13
Katherine Calkins
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Keith              Page 1 of 1           Date Rcvd: Oct 25, 2017
                             Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
db/jdb         +Darcy James Calkins,    Katherine Calkins,    478 East Main Street,    Kutztown, PA 19530-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2017 01:42:55      Orion (Met-Ed),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JAMES L. DAVIS    on behalf of Joint Debtor Katherine  Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              JAMES L. DAVIS    on behalf of Debtor Darcy James Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Colonial Savings, F.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DARCY J. CALKINS and          :     CASE NO.  17-10026-REF
        KATHERINE CALKINS,            :
                    Debtors           :     CHAPTER 13

### AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO COLONIAL SAVINGS, F.A.

Darcy J. Calkins                      Verizon
(Employee Name)                       (Employer Name)

***-**-9317                           1717 Arch Street
(Social Security Number)              Philadelphia, PA   19103
                                      (Employer's Address)

The future earnings of the above named Debtor being subject to the continuing supervision and control of the Court for the purpose of enforcing the terms of the Debtor's plan,

NOW THEREFORE, the employer of the Debtor is hereby ordered to deduct from the wages of the Debtor, beginning with the next pay period following the receipt of this order, the sum of $395.00 per week, until further Order of the Court.

The employer shall continue said deductions until further order of the Court and shall remit $1,695.74 withheld from the debtor's wages at least monthly, or more frequently if convenient, to Colonial Savings, F.A., 2625 West Freeway, Forth Worth, TX 76102.

This order supercedes the order of January 24, 2017, number 25 on the docket.

**Date: October 25, 2017**

Richard E. Fehling,
United States Bankruptcy Judge

Make Checks Payable to and
Remit Withholding to:
Colonial Savings, F.A.
2625 West Freeway
Forth Worth, TX 76102