UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

DARCY JAMES CALKINS
KATHERINE CALKINS

                : Bankruptcy No. 17-10026REF
Debtor(s)      : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JAMES L DAVIS ESQ
234 N SIXTH STREET
READING PA 19601-

DARCY JAMES CALKINS
KATHERINE CALKINS
478 EAST MAIN STREET
KUTZTOWN,PA.19530-

**Date: May 24, 2018**