United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10026-ref
Darcy James Calkins                                                     Chapter 13
Katherine Calkins
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 2              Date Rcvd: May 24, 2018
                             Form ID: pdf900         Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db/jdb         +Darcy James Calkins,    Katherine Calkins,    478 East Main Street,    Kutztown, PA 19530-1217
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
13848429        ARB Inc. Recovery Bureau,    P.O. Box 70256,    Philadelphia, PA 19176
13848420       +Account Management Services,    P.O. Box 1618,    Reading, PA 19603-1618
13848426       +Accounts Receivable Management,    2727 Philmont Avenue,    Huntington Valley, PA 19006-5398
13848364      +++BRADLEY EXTENDER CARE,    5208 CHARLOTTE PIKE,    NASHVILLE TN 37209-3321
               (address filed with court: Bradley Extender Care,     402 53rd Avenue,    Nashville, TN 37208)
13848363        Berkheimer,   P.O. Box 25153,    Lehigh Valley, PA 18002-5153
13848422       +C.B.C.S.,   P.O. Box 2724,    Columbus, OH 43216-2724
13848367      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Services,     P.O. Box 85015,    Richmond, VA 23285)
13848365       +Capital One,    P.O. Box 30249,    Salt Lake City, UT 84130-0249
13848366       +Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13877632       +Colonial Savings, F.A.,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13848430       +Computer Credit,    470 W Hanes Mill Road, Suite 200,    Winston Salem, NC 27105-9102
13848428       +Convergent,    1221 NE Jefferson Street,    Peoria, IL 61603
13848418       +Convergent,    10750 Hammerly Boulevard,    Houston, TX 77043-2317
13848368        Dr. William Messermitter,    162 A. Trexler Avenue,    Kutztown, PA 19530
13848371       +Francis Werley,    16527 Pottsville Pike,    Hamburg, PA 19526-8101
13848372       +Good Shepard Rehab,    850 south 5th Street,    Allentown, PA 18103-3295
13848417       +JC Christiansen & Associates,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
13903888       +James L. Davis, Esquire,    234 North 6th Street,    Reading, PA 19601-3300
13852334       +Jennifer Lynn Frechie, KML Law Group, P.C.,    BNY Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia PA 19106-1541
13848373       +John Potter, DMD,    3131 College Height Boulevard,    Allentown, PA 18104-4812
13848374       +Lehigh Valley Cardio Diagnostic,    P.O. Box 3667,    Allentown, PA 18106-0667
13848375        Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, PA 19178-1733
13848395       +Lehigh Valley Hospital,    1240 South Cedar Crest Boulevard,    Allentown, PA 18103-6368
13848396       +Lehigh Valley Physician,    P.O. Box 1754,    Allentown, PA 18105-1754
13848397        Lehigh Valley Physician Group,    P.O. Box 8500, Lock Box 8361,    Philadelphia, PA 19178-8500
13848416       +Lowery Services,    101 Christopher Lane,    Harleysville, PA 19438-2035
13848398       +Medical Imagining of Lehigh Valley,    P.O. Box 3226,    Allentown, PA 18106-0226
13848400       +Millennium Health,    P.O. Box 844468,    Dallas, TX 75284-4468
13848401       +New York Institute of Photography,    192 Lexington Avenue,    New York, NY 10016-6912
13848402       +Paths Catalyst for Revenue Cycle Solutions,    2010 Bevin Drive,    Allentown, PA 18103-6994
13848423       +Penn Credit,    P.O. Box 988,    Harrisburg, PA 17108-0988
13848408       +Pottsville Schuylkill Haven Area EMS,    P.O. Box 90,    Danville, PA 17821-0090
13848410       +Publisher Clearing House,    P.O. Box 6344,    Harlen, IA 51593-1844
13848411       +Readers Digest,    P.O. Box 6143,    Harlen, PA 51593-1643
13848412       +Reading Health,    P.O. Box 16051,    Reading, PA 19612-6051
13848415       +Two Guys Plumbing, Heating & Cooling, Inc.,    61 Pricetown Road,    Fleetwood, PA 19522-9748
13848414       +VSAS Orthopedic,    1250 South Cedar Crest Boulevard,    Allentown, PA 18103-6224
13848413        Verizon Wireless,    Attention Bankruptcy Department,    39600 Washington Street, 1st Floor,
                 Wilmington, DE 19802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2018 01:59:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13848367        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 02:02:23     Capital One Services,
                 P.O. Box 85015,    Richmond, VA 23285
13848365        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 02:02:42     Capital One,
                 P.O. Box 30249,    Salt Lake City, UT 84130-0249
13848366        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 02:02:44
                 Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13903326        E-mail/Text: bankruptcy@cavps.com May 25 2018 01:59:41     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13852333        E-mail/Text: bankruptcydesk@colonialsavings.com May 25 2018 01:59:42     Colonial Savings F.A.,
                 2626 West Freeway,    Fort Worth TX 76102-7109
13955821        E-mail/Text: bankruptcydesk@colonialsavings.com May 25 2018 01:59:42     Colonial Savings, F.A.,
                 2626 W FWY,    Fort Worth, TX 76102-7109
13848427        E-mail/Text: bankruptcy_notifications@ccsusa.com May 25 2018 01:59:58
                 Credit Collection Services,    2 Wells Avenue,    Newton, MA 02459-3246
13848369       +E-mail/Text: bnc-bluestem@quantum3group.com May 25 2018 01:59:56     Fingerhut,    P.O. Box 166,
                 Newark, NJ 07101-0166
```

```
District/off: 0313-4           User: Lisa                 Page 2 of 2                   Date Rcvd: May 24, 2018
                               Form ID: pdf900            Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13848419       +E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2018 02:08:04      LVNV Funding, LLC,
                 P.O. Box 10584,    Greenville, SC 29603-0584
13928152        E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2018 02:02:34
                 LVNV Funding, LLC its successors and assigns as,     assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13848421        E-mail/Text: Bankruptcies@nragroup.com May 25 2018 02:00:00      National Recovery Agency,
                 P.O. Box 67015,    Harrisburg, PA 17106-7015
13848425       +E-mail/Text: Bankruptcies@nragroup.com May 25 2018 02:00:00      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13912698       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:02:42       Orion (Met-Ed),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13912672       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:02:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13848409       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 25 2018 01:59:58       Progressive Insurance,
                 P.O. Box 55126,    Boston, MA 02205-5126
13848871        E-mail/Text: bnc-quantum@quantum3group.com May 25 2018 01:59:19
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13924742       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2018 02:08:06      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Orion (Met-Ed),   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13848370*      +Fingerhut,   P.O. Box 166,   Newark, NJ 07101-0166
13848399*      +Medical Imagining of Lehigh Valley,    P.O. Box 3226,   Allentown, PA 18106-0226
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES L. DAVIS    on behalf of Joint Debtor Katherine  Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              JAMES L. DAVIS    on behalf of Debtor Darcy James Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Colonial Savings, F.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :

DARCY JAMES CALKINS
KATHERINE CALKINS

                                                                         : Bankruptcy No. 17-10026REF
            Debtor(s)                          : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JAMES L DAVIS ESQ
234 N SIXTH STREET
READING PA 19601-

DARCY JAMES CALKINS
KATHERINE CALKINS
478 EAST MAIN STREET
KUTZTOWN,PA.19530-

**Date: May 24, 2018**